IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00220-WYD-KLM

LARRY BEEN,

    Plaintiff,

v.

RAY KLEIN, INC., an Oregon corporation, d/b/a PROFESSIONAL CREDIT SERVICE,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (ECF No. 9) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated:  March 7, 2014.

                                  BY THE COURT:

                                  /s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  SENIOR UNITED STATES DISTRICT JUDGE